**IN THE UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF MISSOURI**

**FILED**

**JUL 27 2005**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| GENA DUCKWORTH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No: 4:03CV01696RWS |
| | ) Honorable Rodney W. Sippel |
| | ) |
| CITY OF ST. LOUIS BOARD OF | ) |
| POLICE COMMISSIONERS, et al., | ) |
| | ) |
| Defendants. | ) |

## PROTECTIVE ORDER

The parties are ordered to comply with the provisions of this Order with respect to all information and documents set forth in categories 1-4 below.

Such information and documents shall be used for no other purpose than this litigation, and must be kept confidential and not disclosed to anyone other than a party to this case, an attorney representing an a party in this case, or the support staff and expert witnesses employed to assist attorneys representing parties in this case, and/or identified fact witnesses.

1. All information or documents from the personnel files of persons who are or were employees of the St. Louis Metropolitan Police Department.

2. All information or documents, whether or not maintained in personnel files, reflecting performance appraisals, evaluations, or ratings, of persons who are or were employees of the St. Louis Metropolitan Police Department.

3.    All information or documents regarding any work-related complaint or grievance of any current or former employee of the St. Louis Metropolitan Police Department.

4.    All information or documents, whether or not maintained in personnel files, reflecting work-related discipline or counseling of any type.

At the conclusion of this litigation and appeal, if any, and upon written request by counsel, the opposing attorney shall return all documents produced in this litigation. The counsel returning documents shall certify with this Court that such documents were returned and that they retained only one copy or set of the documents for archival purposes.[1]

Any submission to this Court of documents containing any of the information or documents set forth in paragraphs 1-4 above shall be made under seal, unless previously agreed to by the parties' counsel.

---

[1]The parties omitted documents and information contained in the IAD (internal affairs division) investigative file sought by plaintiffs. Should this Court order that file, or any portion of that file, be turned over to plaintiffs, then the parties request that the IAD documents be included in this Protective Order.

2

This Order does not negate any objection the parties may have to the use of the categories of information or documents set forth in paragraphs 1-4 above at trial or otherwise.

Honorable Judge Sippel
United States District Judge

SO ORDERED:

This 29th date of July, 2005.

3