UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GENA DUCKWORTH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:03cv1696 RWS |
| ) | |
| ST. LOUIS METROPOLITAN POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

A status conference was held today regarding discovery issues. It was determined that Defendant's motion for summary judgment was premature because factual discovery still needed to be completed and Daubert motions must be ruled upon.

Accordingly,

**IT IS HEREBY ORDERED that** Defendants shall submit the relevant Internal Affairs Division file for an in camera inspection by **August 12, 2005**.

**IT IS FURTHER ORDERED that** the production of documents discussed at the conference shall be produced. The parties shall also file simultaneous briefs by **August 12, 2005**, regarding the production of documents concerning retaliation claims of the four officers identified by the parties.

**IT IS FURTHER ORDERED that** Plaintiffs shall file a brief by **August 12, 2005**, concerning their ability to have ex parte contact with Sargent Wiegert. Defendants shall file a responsive brief by **August 19, 2005**.

**IT IS FURTHER ORDERED that** the parties shall file a joint proposed amended case

management order by **August 12, 2005**.

**IT IS FURTHER ORDERED that** Defendants' motion for summary judgment [#33] is **DENIED** without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2005.