UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GENA DUCKWORTH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ST. LOUIS METROPOLITAN POLICE ) <br> DEPARTMENT, et al., ) <br> ) <br> Defendants. ) | Case No. 4:03CV1696 RWS |

## **MEMORANDUM AND ORDER**

This matter is before me on Plaintiffs' Motion for Reconsideration of my rulings dated October 27 and 28, 2005. I agree with Plaintiffs that those Orders were issued before the issues were fully developed, and I will grant the motion. Additionally, I will deny Defendants' pending <u>Daubert</u> motions without prejudice because they are premature.

**IT IS HEREBY ORDERED that** Plaintiffs' Motion for Reconsideration [#90] is **GRANTED**.

**IT IS FURTHER ORDERED** that my Orders issued on October 27 and 28, 2005 [#88, 89] are **VACATED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike Plaintiffs'

Expert Designation and Report of Sergeant Gary Weigert [#30] is **DENIED** without prejudice.

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike Plaintiffs' Expert Designations of Dr. Warren and Mr. Robbins [#56] is **DENIED** without prejudice.

Dated this 2nd day of November, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE