UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GENA DUCKWORTH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:03CV1696 RWS |
| | ) |
| ST. LOUIS METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Over the course of this litigation there have been several motions to compel discovery and several hearings on those motions. Some discovery issues may not have been resolved. If there are lingering discovery issues to be resolved, then the parties shall file papers with the Court identifying the specific issues with specific references to the documents already on the docket.

Accordingly,

**IT IS HEREBY ORDERED** that the parties supplement their motions to compel in accordance with this Order no later than **November 18, 2005**.

Dated this 7th day of November, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE