UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GENA DUCKWORTH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:03CV1696 RWS |
| | ) |
| ST. LOUIS METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on one issue in Plaintiffs' Motion to Compel [#42] that has not yet been resolved. That issue is whether Defendant St. Louis Metropolitan Police Department ("the Department") should be compelled to produce:

> Copies of formal and informal complaints of gender-based discrimination and retaliation (together with their disposition) filed against the Department in the past five (5) years.

Defendant contends that the requested documents are irrelevant and are "closed records" under Missouri's Sunshine Law, Mo. Rev. Stat. § 610.021.

First, I find that the documents are "reasonably calculated to lead to the discovery of admissible evidence" as required by Rule 26(b). Second, as I have already found in this case (see my Memorandum and Order dated November 4, 2005), the Missouri Sunshine Law does not prevent the discovery of personnel files in federal court litigation. As a result, I will grant the motion to compel as to the issue of "[c]opies of formal and informal complaints of gender-based discrimination and retaliation (together with their disposition) filed against the Department in the past five (5) years."

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel [#42] is **GRANTED** in part. Defendants shall produce copies of formal and informal complaints of gender-based discrimination and retaliation (together with their disposition) filed against the Department in the past five (5) years to Plaintiffs **no later than December 1, 2005**.

Dated this 18th day of November, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE