UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GENA DUCKWORTH, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:03CV1696 RWS |
| ST. LOUIS METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

## **ORDER**

In accordance with today's hearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Amend Complaint [#110] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall amend their requests for documents in accordance with today's hearing.

**IT IS FURTHER ORDERED** that a hearing will be held on the remaining issues on **March 9, 2006, at 2:00 p.m.** in Courtroom 10 South.

Dated this 6th day of February, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE